THM/hmc        Atty ID: 6238602

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS, URBANA DIVISION

| | |
|---|---|
| JOEY R. WEEDON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO: |
| | ) |
| JOSHUA ZABOR; and MCGEHEE TRUCKING, INC., | ) |
| | ) **JURY DEMAND** |
| | ) |
| Defendants. | ) |

### COMPLAINT AT LAW

NOW COMES the plaintiff, JOEY R. WEEDON, by and through his attorneys, COGAN & POWER, P.C., and complaining of defendants, JOSHUA ZABOR, and MCGEHEE TRUCKING, INC., and in support thereof states as follows:

### PARTIES

1. At all times material, Plaintiff, JOEY R. WEEDON, is a citizen and resident of Washington, D.C and resides at 1406 C North East, Washington, District of Columbia.

2. At all times material, Defendant, JOSHUA ZABOR, was the driver of the semi-truck, whose wheel was responsible for Plaintiff's injuries, and upon information and belief, resides at 310 E Lincoln Street, City of Sheldon, State of Illinois.

3. At all times material hereto, Defendant, MCGEHEE TRUCKING, INC., a corporation engaged in the operation of semi-trucks or tractors, was a corporation organized and existing in the state of Illinois with its principal place of business in the state of Illinois, headquartered at 1172 North 900 East Road, City of Onarga, State of Illinois 60955.

## PROCEDURAL REQUIREMENTS

4. The event from which all of the causes of action listed in this petition stem occurred on December 26, 2013. All causes of action are within their respective statute of limitations.

## FACTUAL BACKGROUND

5. On December 26, 2013, and at all times material, Defendant, MCGEHEE TRUCKING, INC., was in the business of owning and operating semi-trucks for use in interstate commerce to ship goods throughout the country.

6. On December 26, 2013, Defendant, JOSHUA ZABOR, was an agent and/or employee of Defendant, MCGEHEE TRUCKING, INC.

7. On December 26, 2013, and at all times material, the semi-truck was being operated by Defendant, JOSHUA ZABOR, under authority of, and by direction of, Defendant, MCGEHEE TRUCKING, INC.

8. On December 26, 2013, and at all times material, the semi-truck tractor was owned by Defendant, MCGEHEE TRUCKING, INC.

9. On December 26, 2013, and at all times material, Defendant, JOSHUA ZABOR, was acting within the scope and authority of his agency and/or employment relationship with Defendant, MCGEHEE TRUCKING, INC.

10. On December 26, 2013, and at all times material, Defendant, JOSHUA ZABOR, was acting within the course of his agency and/or employment relationship with Defendant, MCGEHEE TRUCKING, INC.

11. On December 26, 2013, and at all times material, Defendant, MCGEHEE TRUCKING, INC., was conducting business within the State of Illinois, by and through its agent and/or employee Defendant, JOSHUA ZABOR.

12. On December 26, 2013, at approximately 4:48 p.m., Plaintiff, JOEY R. WEEDON, was driving westbound on Illinois Route 102, within Kankakee County.

13. At the same time, Defendant, JOSHUA ZABOR, was driving an over 26,000 lb, 1997 Mack Truck, being operated for Defendant, MCGEHEE TRUCKING, INC., eastbound on Illinois Route 102.

14. At approximately 4:48 p.m., the Defendant's driver's side rear tandems (rims and tires) came off of the truck driven and operated by Defendant, JOSHUA ZABOR, and struck the passenger side of the vehicle driven and operated by the Plaintiff, JOEY R. WEEDON.

15. The rims and tires which struck the vehicle operated by Plaintiff, JOEY R. WEEDON, bounced once, and struck his vehicle in the front bumper on the passenger's side of the Plaintiff's vehicle, causing extensive damage to the Plaintiff's vehicle, and forcing the Plaintiff to lose control of his vehicle, veer off of Illinois Route 102, and come to a stop in the ditch next to Illinois Route 102.

16. Plaintiff, JOEY R. WEEDON, was transferred by ambulance to Riverside Hospital with injuries and the Plaintiff's vehicle was towed from the scene by a heavy duty tow truck.

17. Before December 26, 2013, MCGEHEE TRUCKING INC. hired Joshua ZABOR as a truck driver.

18. On or before December 26, 2013, JOSHUA ZABOR was cited or convicted on separate occasions for four moving violations such as speeding, disobeying weight signs, using improper equipment and failing to obey a police officer.

19. Before December 26, 2013, MCGEHEE TRUCKING INC. hired JOSHUA ZABOR and/or allowed JOSHUA ZABOR to work as a truck driver for it knowing that JOSHUA ZABOR had multiple motor vehicle infractions, and demonstrating that he was a dangerous driver.

**COUNT I - NEGLIGENCE v. JOSHUA ZABOR & MCGEHEE TRUCKING, INC.**

20. On December 26, 2013, and at all times material, Defendant, MCGEHEE TRUCKING, INC., by and through its agent and/or employee, JOSHUA ZABOR, and Defendant, JOSHUA ZABOR, Individually, and as owner and operator of the truck, had a duty to exercise reasonable care so as to keep the semi-truck and trailer in a safe and road-worthy condition such that the trailer's rims and tires would not come off, where the rims and tires struck the vehicle of Plaintiff, JOEY R. WEEDON, injuring him.

21. Defendant, JOSHUA ZABOR, was an employee and/or agent as he acted while in the scope of his employment and while furthering the business of Defendant, MCGEHEE TRUCKING, INC.

22. Defendant, MCGEHEE TRUCKING, INC., is liable for the intentional and negligent conduct of Defendant, JOSHUA ZABOR, as it was within the course and scope of his employment with Defendant, MCGEHEE TRUCKING, INC.

23. Because Defendant, MCGEHEE TRUCKING, INC., was the employer of Defendant, JOSHUA ZABOR, at all times material hereto, it is liable for the actions of Defendant, JOSHUA ZABOR, under the doctrine of *Respondeat Superior*.

24. On December 26, 2013, Defendant, JOSHUA ZABOR, individually and as agent and/or employee of Defendant, MCGEHEE TRUCKING, INC., was negligent in the operation of his truck by failing to operate and inspect the semi-tractor in a careful and prudent manner, in violation of the common law of Illinois, Federal Motor Carrier Safety Administration Regulations, and other statutes, rules and regulations.

25. Defendant, MCGEHEE TRUCKING, INC., as the employer of Defendant, JOSHUA ZABOR, was vicariously negligent in the operation and inspection of the truck on or about December 26, 2013, at the time the Plaintiff was struck by a wheel that had come off of the Mack Truck being pulled by driver Defendant, JOSHUA ZABOR.

26. Defendants MCGEHEE TRUCKING, INC. and JOSHUA ZABOR's negligence was a proximate cause of the injuries, pain and suffering of Plaintiff, JOEY R. WEEDON.

27. Plaintiff, JOEY R. WEEDON has been damaged in the following respects:

   a. Plaintiff received severe, painful and permanent personal injuries;

   b. Plaintiff has endured and will continue to endure great physical and mental pain, physical disability and loss of enjoyment of life;

   c. Plaintiff has been precluded from performing his ordinary work, and has lost earnings and will lose earnings in the future and has lost earning capacity; and

   d. Plaintiff has incurred and will continue to incur expenses for medical, hospital, nursing, physical therapy and other care, and for drugs and medications to treat his injuries.

WHEREFORE, Plaintiff, JOEY R. WEEDON prays for judgment against Defendants MCGEHEE TRUCKING, INC. and JOSHUA ZABOR, in such an amount as will fully and fairly compensate him for damages alleged herein, together with costs of this action, and for interest as allowed by law, and for such other relief as may be just in the premises.

## COUNT II - RES IPSA LOQUITUR v. JOSHUA ZABOR & MCGEHEE TRUCKING, INC.

28. On December 26, 2013, a wheel from the Mack Truck driven by Defendant JOSHUA ZABOR would not have come off at highway speed in the ordinary course of events, if one or more of the Defendants had used reasonable care in inspecting, maintaining and/or operating the trailer.

29. One or more of the Defendants' aforesaid negligence was a proximate cause of damage to the Plaintiff.

30. Plaintiff JOEY R. WEEDON has been damaged in the following respects:

   a. Plaintiff received severe, painful and permanent personal injuries;

   b. Plaintiff has endured and will continue to endure great physical and mental pain, physical disability and loss of enjoyment of life;

   c. Plaintiff has been precluded from performing his ordinary work, and has lost earnings and will lose earnings in the future and has lost earning capacity; and

   d. Plaintiff has incurred and will continue to incur expenses for medical, hospital, nursing, physical therapy and other care, and for drugs and medications to treat his injuries.

WHEREFORE, Plaintiff JOEY R. WEEDON prays for judgment against Defendants MCGEHEE TRUCKING, INC. and JOSHUA ZABOR, in such an amount as will fairly compensate him for damages alleged herein, together with costs of this action, and for interest as allowed by law, and for such other relief as may be just in the premises.

## COUNT III - PUNITIES v. MCGEHEE TRUCKING, INC.

31. On December 26, 2013, MCGEHEE committed conscious and voluntary acts in reckless disregard of the safety of others by:

   a. Hiring or allowing to work for it as a trucker, the defendant JOSHUA ZABOR, when MCGEHEE new or should have known that JOSHUA ZABOR posed a danger to the safety of others when operating a motor vehicle;

b. Allowing for its trucker, JOSHUA ZABOR, to drive its truck after said truck was not properly inspected, allowing for mixers a bore to take a tractor and trailer on the road in a condition where a wheel and/or axle was likely to dislodge; and

c. Violently smashing into the vehicle occupied by Plaintiff.
WHEREFORE, Plaintiff JOEY R. WEEDON prays for judgment against Defendant, MCGEHEE TRUCKING, INC., in such an amount as will fairly compensate him for damages alleged herein, together with costs of this action, and for interest as allowed by law, and for such other relief as may be just in the premises.

## JURY DEMAND

NOW COMES the Plaintiff and demand trial by jury as to all counts herein.

_____
Attorney for Plaintiff

Thomas H. Murphy, Esq.
**COGAN & POWER, P.C.**
1 E Wacker, Suite 510
Chicago, IL 60601
(312) 477-2500
(312) 477-2501 (fax)
Firm ID: 6238602