UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JOEY R. WEEDON, | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | ) No. 15-cv-2300 |
| | ) |
| JOSHUA ZABOR and | ) |
| MCGEHEE TRUCKING, INC., | ) |
|     Defendants. | ) |

## STIPULATION TO DISMISS

The parties, by their respective attorneys, have settled all matters at issue and in dispute among them and agree and stipulate that this action shall be dismissed with prejudice and without costs, all costs having been paid by the respective parties, and an Order of Dismissal (see attached) shall accordingly be entered by the Court.

| | |
|---|---|
| JOEY R. WEEDON, Plaintiff | JOSHUA ZABOR and MCGEHEE TRUCKING INC., Defendants |
| | |
| /s/ Thomas H. Murphy | /s/ James D. Green |
| Thomas H. Murphy, No. 6238602 | James D. Green, No. 6203059 |
| Attorney for Plaintiff | Attorney for Defendants |
| Cogan & Power, P.C. | Thomas, Mamer & Haughey, LLP |
| One East Wacker Drive, Suite 510 | 30 East Main Street, P.O. Box 560 |
| Chicago, IL 60601 | Champaign, IL 61824-0560 |
| (312) 477-2500 | (217) 351-1500 |
| Fax: (312) 477-2501 | Fax: (217) 351-2017 |
| tmurphy@coganpower.com | jim@tmh-law.com |