E-FILED
Tuesday, 11 July, 2017  12:48:57 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | | |
|---|---|---|
| JOEY R. WEEDON, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | **Case No. 15-CV-2300** |
| | ) | |
| JOSHUA ZABOR and McGEHEE | ) | |
| TRUCKING, INC., | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

Upon stipulation of the parties (#44) and the court being advised that all matters at issue and in dispute have been compromised and settled among the parties; and the court being fully advised in the premises:

IT IS THEREFORE ORDERED THAT:

(1)     This action be dismissed with prejudice and without cost, all costs having been paid by the respective parties;

(2)     The final pretrial conference scheduled for August 21, 2017, and the jury trial schedule for August 29, 2017, are hereby VACATED.

(3)     This case is terminated.

ENTERED this 11th day of ____July____, 2017.


s/ COLIN S. BRUCE
U.S. DISTRICT JUDGE